IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CV-152-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| COUNTRY LAYNE DAY TREATMENT, LLC., ANDETRA MICHELLE SAMPSON, R. LYNN SAMPSON, and COUNTRY LAYNE, LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

On October 27, 2011, the parties jointly moved to stay this civil action in light of the criminal action against Andetra M. Sampson and R. Lynn Sampson. The motion [D.E. 36] is GRANTED, the action is STAYED, and the action is REMOVED from this court's active docket. The parties shall file a joint status report within 30 days of the completion of the criminal action and advise the court whether the case needs to be returned to the court's active civil docket.

SO ORDERED. This 31 day of October 2011.

JAMES C. DEVER III
Chief United States District Judge