IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CV-152-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. LEWIS CHRISTOPHER SALOME, <br><br>Plaintiff, <br><br>v. <br><br>COUNTRY LAYNE DAY TREATMENT, LLC, ANDETRA MICHELLE SAMPSON, R. LYNN SAMPSON, and COUNTRY LAYNE, LLC, <br><br>Defendants. | **ORDER** |

On January 7, 2014, the government filed a motion for summary judgment [D.E. 40] against defendants Andreta Michelle Sampson and Romanual Lynn Sampson. The government also submitted a memorandum of law [D.E. 41]. On January 10, 2014, the court provided the requisite notice to the pro se defendants. See [D.E. 42]; Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975) (per curiam). The pro se defendants did not file a response.

The court has considered the record under the governing standard. See Fed. R. Civ. P. 56. The court GRANTS the motion for summary judgment [D.E. 40]. Judgment shall be entered against the defendants in the amount of $6,574,855.

SO ORDERED. This 5 day of March 2014.

JAMES C. DEVER III
Chief United States District Judge