AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>ex rel Lewis Christopher Salome, )<br> )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>COUNTRY LAYNE DAY TREATMENT, LLC, )<br>COUNTRY LAYNE, LLC, ANDETRA )<br>MICHELLE SAMPSON, AND R. LYNN )<br>SAMPSON, )<br> )<br>      Defendants. ) | **JUDGMENT**<br>**CASE NO. 7:08-CV-152-D** |

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that the Court GRANTS the Motion for Summary Judgment [D.E. 40]. Judgment is hereby entered against the Defendants in the amount of $6,574,855.00.

      **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**MARCH 6, 2014**</u> WITH A COPY TO:

Neal Fowler (via CM/ECF Notice of Electronic Filing)
Robert D. Potter, Jr. (via CM/ECF Notice of Electronic Filing)
Andetra Michelle Sampson, Pro Se (via USPS to #55450-056 FCI-Tallahassee, 501 Capital Circle, NE, Tallahassee, FL 32301)
R. Lynn Sampson, Pro Se (via USPS to 140 Aqua Drive, Rowland, NC 28383)

| | |
|---|---|
| <u>March 6, 2014</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br><u>/s/ Debby Sawyer         </u><br>(By) Deputy Clerk |
| Raleigh, North Carolina | |

Page 1 of 1
Case 7:08-cv-00152-D   Document 44   Filed 03/06/14   Page 1 of 1