IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-CV-152-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. LEWIS CHRISTOPHER SALOME, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRY LAYNE DAY TREATMENT, LLC, COUNTRY LAYNE, LLC, ANDETRA MICHELLE SAMPSON, and R. LYNN SAMPSON, <br><br> Defendants. | **ORDER TO AWARD RELATOR SHARE BY THE UNITED STATES TO RELATOR LEWIS CHRISTOPHER SALOME** |

For good cause being shown upon the Motion to Award Relator Share to Relator Lewis Christopher Salome filed by the United States and the record before the Court, it is hereby

ORDERED that the Relator is entitled to fifteen percent of the net proceeds recovered from defendants in this civil qui tam action and the related forfeiture actions, United States v. Andetra Sampson and United States v. Sampson Personal Property, Case Nos. 7:11-cr-00076-1FL(1) and 7:11-cv-0075-F,

ORDERED that the obligation to make payment to the Relator is expressly conditioned on the collection by the United States from the defendants and that the United States shall have no obligation to make payments to the Relator toward its Relator share except to

1

the extent of its net collection from defendants' assets, and

ORDERED that the United States shall pay fifteen percent of the net recovery collected from the defendants in this civil action and the forfeiture actions as a necessary expense and alternate remedy to relator Lewis Christopher Salome pursuant to 31 U.S.C., Section 3730(d).

SO ORDERED this 16 day of November, 2014.

*[signature: James Dever]*
JAMES C. DEVER, III
CHIEF, UNITED STATES DISTRICT JUDGE