IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-CV-152-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. LEWIS CHRISTOPHER SALOME, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRY LAYNE DAY TREATMENT, LLC, COUNTRY LAYNE, LLC, ANDETRA MICHELLE SAMPSON, and R. LYNN SAMPSON, <br><br> Defendants. | **AMENDED ORDER TO AWARD RELATOR SHARE BY THE UNITED STATES TO RELATOR LEWIS CHRISTOPHER SALOME** |

For good cause being shown upon the Motion to Award Relator Share to Relator Lewis Christopher Salome filed by the United States and the record before the Court, it is hereby

ORDERED that the Order entered by the Court on November 17, 2014, is hereby amended,

ORDERED that the Relator is entitled to twenty-five percent of the net proceeds recovered from defendants in this civil qui tam action and the related forfeiture actions, United States v. Andetra Sampson and United States v. Sampson Personal Property, Case Nos. 7:11-cr-00076-1FL(1) and 7:11-cv-0075-F,

ORDERED that the obligation to make payment to the Relator is expressly conditioned on the collection by the United States from

1

the defendants and that the United States shall have no obligation to make payments to the Relator toward its Relator share except to the extent of its net collection from defendants' assets, and

ORDERED that the United States shall pay twenty-five percent of the net recovery collected from the defendants in this civil action and the forfeiture actions as a necessary expense and alternate remedy to relator Lewis Christopher Salome pursuant to 31 U.S.C., Section 3730(d), in the total amount of $24,100 based upon the net proceeds from properties sold up to this date; and that the United States shall make an additional payment of $9,639.99, based upon the credit given for previous Relator payments and offsets of $14,460.01 made.

SO ORDERED this 19 day of August, 2015.

JAMES C. DEVER, III
CHIEF, UNITED STATES DISTRICT JUDGE